# EXHIBIT A

**PAINTERS' DISTRICT COUNCIL #14**
**MEMORANDUM OF PAINTING AGREEMENT**

THIS AGREEMENT entered into by Painters' District Council #14 (hereinafter referred to as "The Union" and _Touchs To 1 WC_, referred to as "the Employer", Witnesseth That:

WHEREAS, the PAINTING AND DECORATING CONTRACTORS; ASSOCIATION, (hereinafter "ASSOCIATION") and the UNION have reached agreement on Wages, Hours and terms and conditions of employment for the period of June 1, 2017 to May 31, 2021.

WHEREAS, the parties to this agreement wish to promote continued employment in the Industry, prevents interruption of work and agree to adopt such terms:

NOW, THEREFORE, IT IS AGREED AS FOLLOWS:

    1. The Employer hereby recognizes the Union as the sole and exclusive bargaining representative of all Employer's employees performing work within the craft and geographic jurisdiction of the Union as the same exists as of the date hereof and including any such additional work or geographic area over which the Union may hereafter acquire jurisdiction with respects to Wages, Hours, and other terms and conditions of employment.

    The Employer, in response to the Union's claim that it represents an uncoerced majority of each employer's Painting employees, has been authorized to and in fact does represent such majority of such employees in accordance with Section 9 of the Labor Relations Act without the need for a Board Certified Election.

    2. The Employer acknowledges that he is bound to all terms and conditions of The Collective Bargaining Agreement between the Union and the Associations as applicable to him which expired at 12:00 midnight, May 31, 2021, and hereby reaffirms his continuing obligations with respect to all such provisions, acknowledges the renewal of all such provisions to the extent the same are no inconsistent with the provisions of the Agreement, and hereby agrees to the changes in the Agreement between and the Union and the Association and all subsequent amendments thereto and to any other changes subsequently negotiated by and between the Union and the applicable Association. Said Contracts are specifically incorporated by reference and made a part hereof.

    3. The Collective Bargaining Agreement between the Union and Association, June 1, 2017 to May 31, 2021, and all subsequent amendments thereto are incorporated herein as if they were forth in full. The Employer agrees to be bound by the terms of the applicable Association Bargaining Agreement for the life of the negotiated Agreement.

    4. The Employer agrees to pay the amount it is bound to pay under the Collective Bargaining Agreements to the Pension, Welfare, Apprentice and Savings Funds and to become bound by and considered a party to the Agreements and Declarations of Trust creating such trust funds and such declarations are incorporated by reference herein. Said amounts are:

CHANGES EFFECTIVE June 1, 2017 through May 31, 2018

| NEW PAINTING CONTRACT | TOTAL | PER HOUR $1.40 |
|---|---|---|
| Wages | $45.55 | $1.00 Increase |
| Welfare Fund | $11.56 | $ .06 Increase |
| Pension Fund | $11.44 | $ .34 Increase |
| Savings | $1.00 | (Deducted from Wages) |
| Joint Cooperation | 1.51 | -$ .60 reallocated to JATC |
| Education & Scholarship | .10 | No Increase |
| Industrial Advancement | .27 | No Increase |
| JATC | 1.87 | $ .60 from Joint Cooperation |

5. This Agreement shall become effective at 12:00 A.M., June 1, 2017, and shall remain in full force and effect until 12:00 P.M., May 31, 2021, or continue thereafter unless there has been given not less than sixty (60) days, nor more than ninety (90) days written notice by Registered or Certified Mail, prior to expiration by either party hereto to the desire to modify, amend or terminate this agreement through negotiations. The absence of such notice will result in the automatic renewal of this Agreement for the life of the newly negotiated area wide Agreements between the Union and the Association with all improvements, modifications and amendments thereto and incorporating them herein:

6. This document is the complete written agreement between the parties and can only be amended in writing by their parties. No other oral representations shall be binding on either party nor shall any party rely upon such oral statements that vary their terms of the written contract.

7. The employer acknowledges and accepts the facsimile signatures on this contract as if they were the original signatures. The Employer further acknowledges receipt of a copy of the complete Joint Working Agreement.

IN WITNESS WHEROF, and in consideration of the mutual promise of the parties hereto, and other good valuable consideration, this Agreement was entered into this ___14th___ day of ___September___, 20_17_.

**EMPLOYER:**

FIRM: _Touchs Tor INC_
(PRINT)

ADDRESS: _1825   39th Ave Stone PK I Cool 60_
(PRINT)

NAME & TITLE _GARY Dulock   V.P._
(PRINT)

SIGNATURE _[signature]_

John Spiros Jr.
Business Manager/Secretary-Treasurer
Painters' District Council #14