IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 20-cv-7257 |
| v. | ) ) | Judge KOCORAS |
| TOUCHS TOI, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

### AGREED ORDER OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby agree that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims pending in this matter shall be dismissed without prejudice. If no motion for reinstatement has been filed on or before April 15, 2023 the Court shall, upon its own motion or motion of either Party thereafter, issue an order dismissing the case with prejudice effective April 15, 2023. Each party will bear its own respective attorneys' fees and costs

/s/ Grant R. Piechocinski
Grant R. Piechocinski
Arnold and Kadjan, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601

Attorney for Plaintiffs

/s/ Joseph Berglund
Joseph Berglund
Law Offices of Joseph P. Berglund, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, IL 60523
berglundmastny@aol.com

Attorney for Defendant

Dated: _____

_____
JUDGE, United States District Court